UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BENJAMIN W. WAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12CV1901 AGF |
| | ) | |
| CITY OF ST. LOUIS DEPT. OF | ) | |
| PUBLIC SAFETY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On February 12, 2013, summons for defendants Janice Fairless and Jazeall Brown were returned unexecuted by the U.S. Marshal's Service.[1] Consequently, service cannot be effectuated on these defendants until plaintiff provides the Court with updated service addresses for defendants Fairless and Brown.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **April 7, 2013**, plaintiff shall provide the Court with addresses at which service can be effectuated on defendants Janice Fairless and Jazeall Brown. Plaintiff's failure to do so will result in a dismissal of this action against defendant Fairless and defendant Brown, without prejudice.

Dated this 8th day of March, 2013.

_AUDREY G. FLEISSIG_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

---

[1] Return of Service indicates that Defendant Fairless "no longer works at 200 S. Tucker, St. Louis MO, 63102," and defendant Brown "has retired from City of St. Louis and no longer works there."